IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>KEVIN DeLORY, et al.,<br>Defendants. | ) <br> ) <br> ) CASE NO. 1:21-cv-00366 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CORPORATE DISCLOSURE STATEMENT**
**CARRINGTON MORTGAGE SERVICES, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Carrington Mortgage Services, LLC, hereby files this statement identifying its parent companies and any publicly held corporation that owns 10% of its stock:

1. Carrington Mortgage Services, LLC is a wholly owned subsidiary of Carrington Holding Company, LLC.

2. No publicly held company owns ten percent (10%) or more of Carrington Holding Company, LLC's stock.

Dated: September 10, 2021

*/s/ Jonathan R. Shank*
Jonathan R. Shank, RI # 8008
Jonathan.Shank@jacksonlewis.com
Erik J. Winton
(*Pro Hac Vice Forthcoming*)
Erik.Winton@jacksonlewis.com
Sarah E. Lovejoy
(*Pro Hac Vice Forthcoming*)
Sarah.Lovejoy@jacksonlewis.com
JACKSON LEWIS P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025

## **CERTIFICATE OF SERVICE**

      This hereby certifies that on September 10, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Jonathan R. Shank*
                                                    Jackson Lewis P.C.

4844-0014-8730, v. 1