# United States Court of Appeals
## For the First Circuit

_____

No. 23-1219

CARRINGTON MORTGAGE SERVICES, LLC,

Plaintiff - Appellant,

v.

KEVIN DELORY; KENNETH PHILLIPS; EQUITY PRIME MORTGAGE, LLC; KEITH RUSSELL; EVERETT RICHARD JACKSON; EDUARDO (EDDY) G. PEREZ, JR., founder of Equity Prime Mortgage,

Defendants - Appellees.

_____

Before

Kayatta, Gelpí and Montecalvo,
<u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: September 25, 2023

Appellees have filed a motion to dismiss this interlocutory appeal from the district court's ruling on an attorney-client privilege dispute on the ground that this court lacks jurisdiction to entertain the same. Appellant has filed an opposition. After careful review of the parties' submissions, and of pertinent portions of the record below, the motion is ALLOWED, and the appeal is DISMISSED. <u>See</u>, <u>e.g.</u>, <u>United States</u> v. <u>Gorski</u>, 807 F.3d 451, 458–59 (1st Cir. 2015); <u>Mohawk Indus., Inc.</u> v. <u>Carpenter</u>, 558 U.S. 100, 103, 114 (2009).

So ordered.

By the Court:

Maria R. Hamilton, Clerk

cc:
Erik J. Winton, Sarah B. Herlihy, Lita M. Verrier, Jonathan R. Shank, Sarah E. Lovejoy, Thomas R. Noel